■ In the Matter of Albert D. Detandt, Respondent, v William M. Lombard, as Sheriff of Monroe County, Appellant, and Lucien A. Morin, as Manager for Monroe County, et al., Respondents. (Appeal No. 5.)—Case held, decision reserved and matter remitted to Special Term, Monroe County, for a hearing in accordance with same memorandum as in *Matter of Reese v Lombard* (57 AD2d 705). (Appeal from judgment of Monroe Supreme Court—art 78.) Present—Marsh, P. J., Moule, Cardamone, Simons and Dillon, JJ.